AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF __Mass__

UNITED STATES OF AMERICA
V.

Oscar Alfredo Rizo-Colindres

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

CASE NUMBER: 05-1640-CBS

I, __Oscar Cepedo Rizo-Colindres__, charged in a ☒ complaint ☐ petition pending in this District with __drug chgs.__

in violation of Title __21__, U.S.C., __§§ 952(a) and 960__,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☐ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☐ hearing.

_____
Defendant

1/28/05
Date

_____
Counsel for Defendant