UNITED STATES DISTRICT COURT       FILED
DISTRICT OF MASSACHUSETTS IN CLERKS OFFICE

2005 FEB 11 P 1:41

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | U.S. DISTRICT COURT |
| | ) | DISTRICT OF MASS. |
| V. | ) | CRIMINAL NO. 01640-CBS |
| | ) | |
| OSCAR A. RUIZ-COLINDRES | ) | |

NOTICE OF APPEARANCE

NOW comes the undersigned counsel, and hereby files an appearance on behalf of the defendant in the above-entitled action.

Respectfully Submitted,

I hereby certify that I
served by mail/hand on
the opposing party/atty
a copy of the foregoing
document this 10 day of Feb 2005

Roxana V. Muro
Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02111
Tel. (617) 523-6320
Fax. (617) 523-6324
Email: dfitzgerald@fitzgeraldlawcompany.com
BBO No. 653657
BBO No. 634881
District Court No. 94776
District Court No. 643881