UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**05 CR 10042 NMG**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | |
| OSCAR ALFREDO RIZO-COLINDRES, | ) | 21 U.S.C. §§ 952(a) and |
| | ) | 960(a) - Importation of Heroin |
| Defendant. | ) | |
| | ) | 21 U.S.C. § 853 - Criminal |
| | ) | Forfeiture Allegation |

## INDICTMENT

COUNT ONE:   (Title 21, United States Code, Sections 952(a) and 960(a) - Importation of Heroin)

The Grand Jury charges that:

On or about January 27, 2005, at Boston, in the District of Massachusetts,

**OSCAR ALFREDO RIZO-COLINDRES,**

defendant herein, did knowingly and intentionally import into the customs territory of the United States from a place outside thereof, namely, Guatemala, heroin, a Schedule I controlled substance.

The Grand Jury further charges that the amount imported involved at least 100 grams of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. Accordingly, Title 21, United States Code, Section 960(b)(2)(A) is applicable to this count.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a).

## CRIMINAL FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offense alleged in Count One of this Indictment,

**OSCAR ALFREDO RIZO-COLINDRES,**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offenses, and any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant --

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, U.S.C., Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
Susan M. Poswistilo
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; February          , 2005.

    Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

@ 3:02 PM

≤JS 45 (5/97) - (Revised USAO MA 3/25/02)

**05 CR 10042 NMG**

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** U.S. ICE |
| City  Boston | **Related Case Information:** | |
| County  Suffolk | Superseding Ind./ Inf. _____  Case No. _____ | |
| | Same Defendant _____  New Defendant _____ | |
| | Magistrate Judge Case Number  05-1640-CBS | |
| | Search Warrant Case Number  05-1645-CBS | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name  Oscar Alfredo Rizo-Colindres          Juvenile  ☐ Yes  ☒ No

Alias Name  N/A

Address  unknown

Birth date: 1961     SS#: n/a     Sex: M   Race: Hispanic     Nationality: Guatemala

Defense Counsel if known:  Roxana V. Muro       Address: FitzGerald & Company, LLC
                                                          18 Tremont St., Ste 210 Boston MA

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Susan M. Poswistilo          Bar Number if applicable  _____

Interpreter:  ☒ Yes  ☐ No     List language and/or dialect:  Spanish

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested     ☐ Regular Process     ☒ In Custody

**Location Status:**

Arrest Date:  January 27, 2005

☒ Already in Federal Custody as  pretrial detainee  in  USMS  .

☐ Already in State Custody _____     ☐ Serving Sentence     ☐ Awaiting Trial

☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:   ☐ Complaint     ☐ Information     ☒ Indictment

Total # of Counts:   ☐ Petty     ☐ Misdemeanor     ☒ Felony  One

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 2/24/05          Signature of AUSA: _____

**05 CR 10042 NMG**

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy  _____

Name of Defendant    Oscar Alfredo Rizo-Colindres

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21/§§ 952(a), 960(a) | Importation of Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION: _____

**District Court Case Number**  (To be filled in by deputy

**Name of Defendant**      Oscar Alfredo Rizo-Colindres

Rizo JS45.wpd - 3/13/02