```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,      )    Criminal No.
                               )    05-10042-NMG
     v.                        )
                               )
OSCAR ALFREDO RIZO-COLINDRES,  )
                               )
     Defendant.                )
```

### PARTIES' JOINT MEMORANDUM

The United States of America and the defendant, Oscar Alfredo Rizo-Colindres, by and through their undersigned counsel, respectfully submit the following joint memorandum pursuant to Local Rule 116.5(C).

**A.   Local Rule 116.5(A)(1)**

*Whether relief should be granted from the otherwise applicable timing requirements imposed by Local Rule 116.3*

No relief is requested from the applicable timing requirements.

**B.   Local Rule 116.5(A)(2)**

*Whether the defendant requests discovery concerning expert witnesses under Fed. R. Crim. P. 16(a)(1)(E). If the defendant requests the disclosure required by Fed. R. Crim. P. 16(a)(1)(E), what date should be established for response by the government and what date should be established for reciprocal discovery from the defendant concerning expert witnesses required under Fed. R. Crim. P. 16(b)(1)(C).*

The defendant does not request expert discovery at this time.

**C.     Local Rule 116.5(A)(3)**

*Whether a party anticipates providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests.*

The government provided its automatic discovery, as well as additional discovery, on March 31, 2005.  The government does not anticipate any additional discovery.

**D.     Local Rule 116.5(A)(4)**

**Whether a motion date should be established under Fed. R. Crim. P. 12(c)**

The defendant anticipates filing a motion to dismiss on Monday, April 11, 2005.  The United States requests that its response be filed on May 9, 2005; the defendant does not object to this.

**F.     Local Rule 116.5(A)(5)**

*What periods of excludable delay should be ordered under the Speedy Trial Act at the time of the conference*

The period of time from March 3, 2005, (the date of arraignment) to March 31, 2005 has been excluded pursuant to the Court's Order on Excludable Time, since the defendant did not file a Waiver within 14 days of arraignment.  The parties request that the period of time between April 8, 2005 (the date of filing of this memorandum) and the final status conference be excluded.

**G.     Local Rule 116.5(A)(6)**

*Whether a trial is anticipated and, if so, its anticipated length.*

If this case goes to trial, the government anticipates

approximately 3 days for its case-in-chief.

**H.    Local Rule 116.5(A)(7)**

*What date should be established for the Final Status Conference and/or any Interim Status Conference.*

The parties request that the Court schedule a Final Status Conference within 60 days.

| | |
|---|---|
| **COUNSEL FOR THE DEFENDANT** | **COUNSEL FOR THE UNITED STATES**<br>**MICHAEL J. SULLIVAN**<br>**United States Attorney** |
| **/s/ Roxana V. Muro**<br>**ROXANA V. MURO**<br>**Fitzgerald & Company, LLC**<br>**18 Tremont Street, Suite 210**<br>**Boston, MA 02108** | **/s/ Susan M. Poswistilo**<br>**SUSAN M. POSWISTILO**<br>**Assistant U.S. Attorney** |