UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
         v.                    )    CRIMINAL ACTION
                               )    NO. 05-10042-NMG
OSCAR ALFREDO RIZO-COLINDRES,  )
         Defendant,            )
_____)
```

INITIAL STATUS REPORT
May 2, 2005

**SWARTWOOD, C.M.J.**

The following is an Initial Status Report to Gorton, J. to whom this case is assigned:

1. Substantive Motions

Mr. Rizo-Colindres' counsel intends to file a Motion To Dismiss which shall be filed by May 16, 2005. The Government shall file its opposition to that motion by May 31, 2005.

2. Further Status Conference

A further status conference shall be held in this case on June 1, 2005, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

3. Excludable Time

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 17, 2005 (date of

expiration of prior order of excludable time) through May 31, 2005 (date by which the Government is to file its opposition to Defendant's Motion To Dismiss). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, August 9, 2005</u>.

                                        <u>/s/Charles B. Swartwood, III</u>
                                        CHARLES B. SWARTWOOD, III
                                        CHIEF MAGISTRATE JUDGE