UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.               )<br>)<br>OSCAR ALFREDO RIZO-COLINDRES, )<br>     Defendant,   )<br>) | CRIMINAL ACTION<br>NO. 05-10042-NMG |

### ORDER OF EXCLUDABLE TIME
### May 2, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 17, 2005 (date of expiration of prior order of excludable time) through May 31, 2005 (date by which the Government is to file its opposition to Defendant's Motion To Dismiss) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE