# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )
           v.                      )    **CRIMINAL ACTION**
                                   )    **NO. 05-10042-NMG**
OSCAR ALFREDO RIZO-COLINDRES,      )
           Defendant,              )
_____)


## STATUS REPORT
### June 1, 2005

**SWARTWOOD, C.M.J.**

   The following is a Status Report to Gorton, J. to whom this case is assigned:

   1.   <u>Plea Negotiations</u>

   Counsel for the parties have requested additional time to commence and conclude plea negotiations.  I have granted that request.

   2.   <u>Further Status Conference</u>

   A further status conference shall be held in this case on July 15, 2005, at 9:30 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

   3.   <u>Excludable Time</u>

   With the assent of counsel for the parties, I am excluding

from the Speedy Trial Act, the period from May 31, 2005 (date of expiration of prior order of excludable time) through July 15, 2005 (date by which plea negotiations in this case should be concluded). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, September 23, 2005</u>.

                                            <u>/s/Charles B. Swartwood, III</u>
                                            CHARLES B. SWARTWOOD, III
                                            CHIEF MAGISTRATE JUDGE