# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
        v.                     )    CRIMINAL ACTION
                               )    NO. 05-10042-NMG
OSCAR ALFREDO RIZO-COLINDRES,  )
        Defendant,             )
_____)
```

## STATUS REPORT
### July 19, 2005

**SWARTWOOD, C.M.J.**

The following is a Status Report to Gorton, J. to whom this case is assigned:

1. <u>Plea Negotiations</u>

Counsel for the parties have requested additional time to complete plea negotiations. I have granted that request.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on <u>July 29, 2005, at 10:15 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts</u>.

3. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from July 15, 2005 (date of

expiration of prior order of excludable time) through July 29, 2005 (date by which plea negotiations in this case should be concluded). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, October 7, 2005</u>.

/s/Charles B. Swartwood, III<br>
CHARLES B. SWARTWOOD, III<br>
CHIEF MAGISTRATE JUDGE