UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.              )<br>)<br>OSCAR ALFREDO RIZO-COLINDRES, )<br>Defendant,    )<br>) | **CRIMINAL ACTION**<br>**NO. 05-10042-NMG** |

ORDER OF EXCLUDABLE TIME
July 19, 2005

**SWARTWOOD, C.M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from July 15, 2005 (date of expiration of prior order of excludable time) through July 29, 2005 (date by which plea negotiations in this case should be concluded) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
CHIEF MAGISTRATE JUDGE