UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. |
| | ) | 05-10042-NMG |
| v. | ) | |
| | ) | |
| **OSCAR ALFREDO RIZO-COLINDRES,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO CONTINUE CONFERENCE
### (ASSENTED TO)

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves the Court for an order continuing the status conference currently scheduled for July 29, 2005. Counsel for the defendant has agreed to the continuance. Both parties are available, by phone, on August 2, 2005, at 9:00 a.m. The government also requests that the time between July 29, 2005 and August 2, 2005, be excluded for Speedy Trial purposes.

MICHAEL J. SULLIVAN
United States Attorney

 /s/ Susan M. Poswistilo
SUSAN M. POSWISTILO
Assistant U.S. Attorney