UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
UNITED STATES OF AMERICA,          )
                                    )
                                    )
           v.                       )    CRIMINAL ACTION
                                    )    NO. 05-10042-NMG
OSCAR ALFREDO RIZO-COLINDRES,       )
              Defendant,            )
                                    )
_____)

FINAL STATUS REPORT
August 3, 2005

**SWARTWOOD, C.M.J.**

The following is a Final Status Report to Gorton, J. to whom this case is assigned:

1. <u>Rule 11 Hearing</u>

Counsel for the parties have requested that this case be returned to Judge Gorton for a Rule 11 hearing. I have granted that request.

2. <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from July 29, 2005 (date of expiration of prior order of excludable time) through August 2, 2005 (date by which plea negotiations were concluded). Therefore, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through August 2, 2005, and assuming no further

order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Tuesday, October 11, 2005</u>.

                                             <u>/s/Charles B. Swartwood, III</u>
                                             CHARLES B. SWARTWOOD, III
                                             CHIEF MAGISTRATE JUDGE