UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>OSCAR ALFREDO RIZO-COLINDRES, )<br>Defendant, )<br>) | **CRIMINAL ACTION<br>NO. 05-10042-NMG** |

ORDER OF EXCLUDABLE TIME
August 3, 2005

**SWARTWOOD, C.M.J.**

    It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from July 29, 2005 (date of expiration of prior order of excludable time) through August 2, 2005 (date by which plea negotiations were concluded) shall be excluded from the Speedy Trial Act.

                                             /s/Charles B. Swartwood, III
                                             CHARLES B. SWARTWOOD, III
                                             CHIEF MAGISTRATE JUDGE