UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER, MASSACHUSETTS

UNITED STATES OF AMERICA  )
                           )
V.                           )         DOCKET NO.  01640-CBS
                           )
OSCAR A. RIZO-COLINDRES  )

## ASSENT MOTION TO CONTINUE

NOW comes the defendant, by and through the undersigned counsel, and hereby requests this Honorable Court to continue the hearing scheduled for August 17, 2005.  As grounds for this motion the defendant submits as follows:

On August 2nd, 2005 the counsel appeared telephonically at a pretrial conference with the Federal Court.  The court allowed time for the defendant to review the draft plea agreement and scheduled a change of plea hearing for August 17, 2005.

At this time the counsel will be unavailable to appear on o August 17, 2005 as he is scheduled to appear before the East Boston District Court in Connection with an evidentiary hearing related to a matter involving charges of rape of a child. Several Witnesses have been summonsed to the appear at court and testify and therefore the counsel cannot reschedule this hearing to another date, and the defendant respectfully requests this Honorable Court to allow a brief extension to September 21st, 2005 at 2:30p.m.

Both Parties have agreed to this time and also agreed that this time to be excluded from the speedy trial act.

The defendant,
By his Attorney,

Susan M. Poswistillo
Assistant U.S. Attorney

Desmond P. FitzGerald
FitzGerald & Company LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone (617) 523-6320
Facsimile  (617) 523-6324
dfitzgerald@fitzgeraldlawcompany.com
BBO No. 634881

## CERTIFICATE OF SERVICE

I, Desmond P. FitzGerald, do hereby certify that I have served a true and accurate copy of the forgoing Assent Motion to Continue, U.S. First Class Mail thereof to the opposing party, Susan M. Poswistilo Assistant U.S. Attorney United States Courthouse, 1 Courthouse way Suite 9200, Boston, MA 02210, this 15th day of August, 2005.

Desmond P. FitzGerald
FitzGerald & Company, LLC
18 Tremont Street, Suite 210
Boston, Massachusetts 02108
Telephone 617.523.6320
Facsimile  617.523.6324
dfitzgerald@fitzgeraldlawcompany.com
BBO No. 634881