UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 05-10042-NMG |
| | ) | |
| v. | ) | |
| | ) | |
| OSCAR ALFREDO RIZO-COLINDRES, | ) | |
| | ) | |
| Defendant. | ) | |

## INFORMATION

**COUNT ONE:**      (Title 21, United States Code, Section 963 -
Conspiracy to Import a Controlled Substance)

The United States Attorney charges that:

From a date unknown, but at least by January 27, 2005, through January 28, 2005, at Boston, elsewhere in the District of Massachusetts, Guatemala, and elsewhere,

**OSCAR ALFREDO RIZO-COLINDRES,**

defendant herein, did knowingly and intentionally conspire with others known and unknown to import into the customs territory of the United States, from a place outside thereof, namely, Guatemala, a quantity of heroin, a Schedule I controlled substance, in violation of 21 United States Code, Sections 952(a) and 960.

The United States Attorney further alleges that the conspiracy involved at least 100 grams of a mixture or substance containing a detectable amount of heroin, in violation of 21 United States Code, Section 960(b)(2)(A).

All in violation of Title 21, United States Code, Section 963.

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY


By: _/s/ Susan M. Poswistilo
_____
SUSAN M. POSWISTILO
Assistant U.S. Attorney