**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | 05-10042-NMG |
| v. | ) | |
| | ) | |
| OSCAR ALFREDO RIZO-COLINDRES, | ) | |
| | ) | |
| Defendant. | ) | |

### WAIVER OF INDICTMENT

I, OSCAR ALFREDO RIZO-COLINDRES, the above-named defendant

who is accused of knowingly and intentionally conspiring to

import into the customs territory of the United States a Schedu

I controlled substance, namely, heroin, in violation of 21 Unit

States Code, Sections 952(a), 960(b)(2)(A) and 963, being advis

of the nature of the charges, the proposed information, and my

rights, hereby waive in open court prosecution by indictment ar

consent that the proceeding may be by information instead of b

indictment.

_____
OSCAR ALFREDO RIZO-COLINDRES

_____
DESMOND P. FITZGERALD
Defense Counsel

Before: _____
Judicial Officer